FILED BY _____LS_____ D.C.

**Jun 4, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

UNITED STATES DISTRICT COURT
For the
Southern District of Florida
Civil Division

21-CIV-61170-Smith/Valle

**INGRID ROMAN**                                                              Case No. _____

_____

Plaintiff                                                                                  Jury Trial [X] Yes [ ] No

    V.
State Of Florida
State Attorney Marty J. Satz
Exec Dir. Monica M. Hofheinz
Asaic Maria Schneider
Asa Jeff Marcus
Senior Staff Asst Maryann Britton
Asaic Sarah nell Murphy
Sup Asa Melissa F. Steinberg
_____

Defendants                                                          [ ] Individual Capacity [X] Official Capacity

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

I. The Parties to This Complaint

   A. The Plaintiff
   Ingrid Roman 4631 SW 73rd Avenue #4
   Davie, Florida 33314
   Broward County
   786-597-1419
   ror84@yahoo.com

   B. The Defendant(s)
     Defendant No.1
     Office of Attorney General
     State of Florida
     oag.civil.eserve@myfloridalegal.com

1

Defendant No. 2
Marty J. Satz
Former Broward County State Of Attorney
201 SE 6th Street # 07150
Fort Lauderdale Florida 33301
Broward County
954-831-6955

[ ] Individual Capacity   [X] Official Capacity

Defendant No. 3

Monica M. Hofheinz
Exec Dir
201 SE 6th Street
Fort Lauderdale Florida 33301
Broward County
954-831-6955

[ ] Individual Capacity   [X] Official Capacity

Defendant No 4.
Maria Schneider
Asaic
201 SeE 6th Street
Fort Lauderdale Florida 33301
Broward County
954-831-6955

[ ] Individual Capacity   [X] Official Capacity

Defendant No. 5

Jeff Marcus
Asa
201 SE 6th Street
Fort Lauderdale Florida 33301
Broward County
954-831-6955

[ ] Individual Capacity   [X] Official Capacity

2

Defendant No. 6
Maryann Britton
Senior staff
201 SE 6th Street
Fort Lauderdale Florida 33301
Broward County
954-831-6955

[] Individual Capacity  [X] Official Capacity

Defendant No. 7
Sarah nell Murphy
Asaic
201 SE 6th Street
Fort Lauderdale Florida 33301
Broward County
954-831-6955

[] Individual Capacity  [X] Official Capacity

Defendant No. 8
Melissa F. Steinberg
Sup. Asa
201 SE 6th Street
Fort Lauderdale Florida 33301
Broward County
954-831-6955

[] Individual Capacity  [X] Official Capacity

11. Basis for Jurisdiction

Under 42 U.S.C. § 1983, "deprivation of any rights, privileges, or immunities secured by the Constitution and [Federal Laws] and 28 U.S.C. § 1331 federal question. The District Court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. The amount in controversy exceeds $75,000. All of the events giving rise to this action occurred in Broward County.

[X] State or local Officials ( a § 1983 claim)

Section 1983 allows alleging the "deprivation of any rights, privileges, or immunities, Secured by the Constitution and [Federal Laws]. " 42 U.S.C. § 1983. Federal Constitutional

Or Statutory right(s) plaintiff claim is being violated by state or local officials?

Discrimination 42 U.S.C. § 1983, 18 U.S.C.§ 242 Deprivation of Rights under color of law, Brady v. Maryland, 373 U.S.C. 83 (1963), 18 U.S.C. § Admissibility of Confession, Equality Act 2010, 2012;   10 U.S.C. § 921-Art. 121. Larceny and wrongful appropriation (3rd Degree); 10 U.S.C. 931 b-Art. 131b.§ Obstructing Justice; The 2nd Amendment, The 4th Amendment, The 9th Amendment, The 14th amendment, collusion, Public Corruption.

111.   STATEMENT OF CLAIM

1. On February 20th, 2019 the Plaintiff, Ingrid Roman a single female hispanic woman entered the Broward County Main Courthouse located at 201 Se 6th Street, fort lauderdale, florida 33301 to submit documents in a case she was acting as a pro se. The plaintiff has visited this courthouse on numerous occasions.. On this day after placing her personal belongings on the conveyor belt at the security point, a requirement of the 17th Judicial Main Courthouse. After passing through with an ok of security and another male individual unknown to me; behind me; the security officer Cpo Timothy Baldwin, paused and pulled items from the security belt and ran the items through again, asking the two of us to stay where we were. The security guard shouted Gun; I was then approached by a Deputy Charles Dandrigde #4891, who placed his hand on my arm, holding my arm telling me to go with him. The Deputy then escorted the plaintiff to the BSO detention room area. Where the Plaintiff items were confiscated.

2. The Plaintiff was recorded, videotaped and detained against her will, "unfree to leave". Detained and questioned for several hours. Plaintiff asked is she would be arrested, she Has no criminal history and she would like to keep it that way; The detective joseph Kessling # 10333 responded you will be fine, you will not get arrested. They do not Charge anyone for this, you"ll be fine.

3. Plaintiff was not placed in handcuffs and arrested, she was not placed before a magistrate Judge for a first appearance hearing within 24 hours, she was not informed That she had a right to remain silent or that anything she would say would be held Against her, or that she had a right to counsel; no waiver of rights signed by the plaintiff.

4. On March 15th, 2019 the plaintiff was issued a summons to appear. Plaintiff went to the Bso on broward blvd to pick it up personally. She noticed this while searching other case Cases on the Broward County Clerk of Courts website portal. The date on the summons For the plaintiff to appear is April 29th, 2019 at 9am in room 6165. Summons initiated By Supervising Asa Melissa f. Steinberg.

5. At the hearing, April 29th 2019; Plaintiff present, The Assistant State Attorney arlene Campos read off the States offer a fine, destruction of the weapon and entry to the mdp program (misdemeanor diversion program). Defendant pleaded not guilty. Judge Diaz asked the Asa where is Mrs. Steinberg (the Supv Asa); Arlene replied that she emailed her and that she has not responded as of yet.

6. Plaintiff, uncertain as to what this program entailed, checked online at the state Attorney site which is a mere 3 sentence bio. Plaintiff in searches found that the BSO was in charge of this program,calling 954-357-5900 to speak to a Sharon or Sharlyan Gilbert regarding the program details,on or about May 5th to the 6th of May 2019, After a few calls she was able to reach her and obtain full details. Shortly after, May 6th, 2019 from 3:52 pm to 3;59 pm, Plaintiff called Supv. Asa Melissa f. Steinberg inquiring further of the mdp program she offered at the hearing, Where as, Mrs. Steinberg stated that for the crime I was charged, that I did not qualify for it.

7. Plaintiff looked at the police report where there were administrative and clerical discrepancies. The report indicated the Plaintiff was arrested, and she was listed as Mr. Roman and Mrs. Brown.

8. The plaintiff now bears the burden to prove that the evidence was both material and favorable; evidence that would exonerate the plaintiff of charges. Plaintiff requested record searches of G4s solutions; Courthouse security, records of the Bso and records of the State Attorney's Office. In an extensive search, the Plaintiff found that "Specifically" from 02/28/2016 through 02/02/2020, 4 years of records their were 72 individuals that brought a weapon to the Courthouse. Weapons consisting of a firearm, firearms, ammunition, hollow point bullets, Knives, credit card knife, hammer and contraband.

- Of the 72 individuals who brought weapons to the Courthouse, only the Plaintiff and 3 others were charged. A "DECLINE" to file for 68 out of the 72. For reasons that they were sorry, it was a mistake, they did not know it was in their briefcase, box, handbag, backpack or on their body, etc. Confident that the 4 charged were as remorseful, yet the The State Attorney's Office filed charges against them.

Questions ? Why would it, why is it allowable; under Constitutional law to file charges on the plaintiff and three others for the same offense of the other 68 Individuals who were not charged for the same crime.

For if they are not guilty, then I, we are not Guilty; and if they are free from charges, Then I, We are free from charges.

* The four charged consisted of 2 Hispanic females and 2 African American males, black. In total there were 10 hispanics on this list who were "Declassified as White". A Clever way to get around discrimination. For all intent and purpose form ProSe 15, I cannot cite any cases or statutes, so I will refer to government documents. As information. Omb, NOT-OD-15-089 defines racial and ethnic Categories as;

* American Indian or Alaska Native-A person having origins in any of the original peoples of North and South America including Central America, and who maintains tribal affiliation or community attachment.

* Asian- A person having origins in any of the original peoples of the Far east, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine islands, Thailand and Vietnam.

* Black or African American- A person having origins in any of the black racial groups of Africa. Terms such as "black or African American.

* Hispanic or Latino- A person of Cuban, Mexican, Puerto Rican, South or Central American or other Spanish culture or origin, regardless of race. The term, Spanish origin, can be used in addition to "hispanic or Latino".

* Native Hawaiian or Other Pacific Islander - A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

* White- A person having origins in any of the original peoples of Europe, the Middle East, or North America.
Lisa Evans JD
Scientific Workforce Diversity Officer
Office of Extramural Programs
evansl@od.nih.gov

6

* Of the 72 Individuals with the offense of a weapon to the courthouse
    32 White minus 8 declassified; 0% of White Individuals charged
    22 African Americans; 9.09% charged
     8 declassified Hispanics; 25% charged.

9. Of the 72 cases the State Attorney's Office has no record on file for the majority of cases. The "Decline to file" charges were for Self-employed persons, a Plumber, A Guardian ad lim, Lawyers, ("Not Court Appointed"), paralegal(s), Cort employee, Chancellor, a Manager, Middle school student, State Attorney Office employee or former, Ups delivery person, Fedex delivery person, film crew, Psychiatrist, Mental Health, Court reporter,

    Yet charges were filed upon the Plaintiff and three others. 2 Hispanic females, and 2 African American males.
    *All of the Decline to file cases were not entered into the Broward County Clerk Of Court Docket electronic or otherwise Court reporting system.

10. The State Attorney's Office has listed on the decline to file a variation of statues for the same offense ; they were listed as 790.06(12)-2MM, 790.01(2)-3/CF-C.C.F. and 790.01(1)-1/MM-C.C.W.
11. A majority had a ccw license, and a select few had no ccw license. A handful were allowed to secure their weapon at the Courthouse, (non exempt persons,) and a handful had their weapons returned back to them; (non exempt).

12. Coincidently, the same Assistant State Attorney Alex Urruela, was listed in all of the decline to File cases; with exception to 2 cases. In order for an Asa to approve the decline to file, he must obtain approval from Supervisors. Asa Alex Urruela is employed at the Felony division. Concealed weapon charges are of the misdemeanor division. These cases were handed off to the felony division to intentionally manipulate the law in order to deter from charging particular people. Supervisors must; and have" given the authority to decline to file charges for the 68 files transferred to the felony division from the misdemeanor division.
    In recent online videos Asaic Sarah nell Murphy discussed with the john Arc show, the John Surowy and in the Scot Kilmer youtube video, how she was intending on using, once elected as the new State Attorney that she would implement a program where she will hire and use private attorney's to train the current and incoming Assistant State Attorney"s to create better litigators. Numerous declines to file so as to not create any adversity,enabling the State Attorney's Office the use of private lawyers for further gain in their initiatives.

7

Similarly in a previous 03/22/2016 Court Case; The Florida Bar v. David C. Weigel; The defendant on a conditional guilty plea, was he the fall guy for the actions of the Supervisors in the State Attorney's Office of the 17th Main Judicial Courthouse.; where he was accused of being grossly negligent in not properly handling cases, that He concealed the files from his supervisor; which is exactly the same occurrence Here; only this time or is it yet again; the entire misdemeanor and felony division Abusing their authority in favorable treatment for a particular group and or groups of People, and intentionally discriminating upon Hispanics and African Americans.

13. In a records search with the Bso for year 2019, prior arrests were filed with the State Attorney without a transmittal. It is within their own statue that all documents must be electronically filed.

14. Former Chief Judge Dale Ross admin order I-01-B3 Courthouse Security, under exempt person carrying firearms into the Courthouse the order does not include Attorneys or the common public.

15. Chief Judge Jack Tuter admin order No. 2017-64-Gen has no mention of lawyers exempt from carrying weapons into the Courthouse or the common public.

16. The Future Of Freedom Foundation article states that Private lawyers are no more "Officers of the Court" than their clients or, for that matter, spectators in the courtroom."Officers of the Court are those people on the payroll of the court. Example: Court-Appointed Attorney Registry Contracts, of which, none of the Attorneys with a decline to file were listed on the 17th Judicial Courthouse Registry as Court-Appointed.

17. Assistant State Attorneys; appointment; powers and duties (2) Each State Attorney appointed by a state Attorney shall have all of the powers and discharge all of the duties of the state attorney appointing him or her, under the direction of the state attorney. ("NO" such assistant state attorney (MAY SIGN) informations unless (SPECIFICALLY DESIGNATED TO DO SO BY THE STATE ATTORNEY). "A Showing that each Decline to file was in fact authorized by a Supervisor."

18. Each office of the State Attorney shall electronically file court documents with the Clerk of the Court and receive Court documents from the Clerk of the Court. The Defendants failed protocol in failure to electronically file documents and further having no record of documents pertaining to individuals that brought weapons to the Courthouse.

19. The State Attorney(s) is "required" to provide personnel and procedures for the orderly, efficient and effective investigation, intake and processing of all felony and misdemeanor, Criminal traffic, juvenile and specially enumerated civil cases. The State Attorney is "Constitutionally" charged with the duty to see that the laws of Florida are "faithfully" executed.

20. Every arrested person shall be taken before a Judicial Officer/Magistrate within 24 hours of arrest. The State Attorney (or designee) must be present. This action did not take place with the Plaintiff.

21. Sovereign Immunity- If their is any conflict between State law and Federal law, then Federal law prevails. Federal Courts may hear cases concerning State law if the issue is whether State law violates Federal law; and or waiver from suit by accepting Federal funds that have been provided on the condition that Sovereign Immunity waived. (The Defendants receive Federal funds administered by the Justice Administrative Committee and CCOC- Clerks of Courts Operations Corporation and through the Executive Office of the Governor Office of Policy and Budget.); Allowing of suits where officials clearly violated a "clearly established" Statutory or Constitutional rights. The U.S. Congress has the power to abrogate the Eleventh Amendment Sovereign Immunity of the States. In ana Attorney General, Ashley Moody legal opinion Ago 88-16 No Officer, employee or agent of the State or of any of its subdivisions shall be held liable in tort or named as a party defendant in any action for any injury or damage suffered as a result of any act, event, or omission of action in the scope of his Employment or function, "unless such officer", employee, or agent acted in bad faith or with malicious purpose or in a manner exhibiting wanton and willful disregard of human rights, safety, or property...The exclusive remedy for injury or damage suffered as a result of an act, event or omission of an officer, employee, or agent of the State or any of its subdivisions or governmental entity, or the head of such entity in his official capacity, or the Constitutional Officers shall be by action against the Governmental entity, or the head of such entity in his official capacity, or the Constitutional Officer of which the Officer, Employee, or agent is an Employee. The Defendants Federal Appropriation funding source obtained through the Justice Administrative committee, The Executive Office of the Governor's Office of Policy and Budget, and budget support from CCOC- Clerks of Courts Operations Corporation.

22. Plaintiff Constitutional rights were violated with malicious purpose exhibiting wanton and wilful disregard of her human rights, safety and property. Her privileges afforded to her under the United States Constitution and its Amendments. The plaintiff was violated with discrimination based on her race, color and national origin in wilfully depriving her of the same treatment and protected rights to the people and for the people and in subjecting her to different punishments. "For if we shall not stand for the law, then there shall not be any law".
Let the law of the land prevail.

23. Plaintiff realleges paragraphs 1 through 22.

IV. Injury causing the plaintiff anguish and emotional distress. Plaintiff demand for Compensatory damages.

V. Relief Sought:

   A. On all counts, a Judgement for aggravated damages, compensatory and punitive in an amount of $389 million or an amount to be determined by the Court in trial against the Defendants for the violation of civil rights under the United States Constitution.
   B. An interim injunction to prevent the defendants from removing and or altericating relevant documents of their computerized internal system.
   C. Criminal sanctions to deter the defendants from the continuing pattern of behavior.
   D. An order demanding the Defendants to dismiss the case against the plaintiff :with prejudice" a return of her seized property, and removal of the case in the Broward County Clerk of Courts internal docketing system as was performed for the other declined cases.

   E. A jury trial on all appropriate issues.
   F. Any and all relief this Court may deem appropriate.

VI. Under FederalRule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:(1) is not being presented for improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation:(2) Is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing law;(3) the factual contentions have evidentiary support Or,if specifically so identified, will likely have evidentiary support after a reasonable Opportunity for further investigation or discovery: and (4) the complaint otherwise complies with the requirements of Rule 11.

   A. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 28, 2021

Signature of Plaintiff
Printed Name of Plaintiff  ROLANDO ROMAN
Email-ror84@yahoo.com